**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 08-6783**

───────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

BOBBY SAMUEL HUGHES, JR.,

              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:00-cr-00004-JRS-1)

───────────────

Submitted:  November 6, 2008        Decided:  December 8, 2008

───────────────

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Bobby Samuel Hughes, Jr., Appellant Pro Se. David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Michael Cornell Wallace, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Samuel Hughes, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hughes, No. 3:00-cr-00004-JRS-1 (E.D. Va. Apr. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2